**PAYNE, Agt., et al. v. WRIGHT, Co. Treas.**

No. 12195—Opinion Filed June 2, 1925.

Error from District Court, Adair County; E. B. Arnold, Judge.

Action between John Barton Payne, Federal Agent, and the St. Louis-San Francisco Ry. Company, and W. W. Wright, County Treasurer of Adair County, Okla. From the judgment, the former bring error. Reversed and remanded.

Stuart, Sharp & Cruce and W. F. Evans, for plaintiff in error.

G. O. Grant, for defendant in error.

PER CURIAM. Upon the authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.